ORIGINAL

[Stamp: CLERK US DISTRICT COURT NORTHERN DIST. OF TX FILED 2013 DEC 11 AM 10:28 DEPUTY CLERK]

# CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE ~~[redacted]~~ DISTRICT OF ~~[redacted]~~

Robert Heard
(Enter above the full name and prisoner identification number of the plaintiff.)

-vs-

**3-13CV-4830D**

Brian Owens, Shevondah Fields, Sheandra Calhoun, Ricky McRicks, Sharon Lewis,
(Enter above the full name of the defendant(s).)
See Attach.

**I. Previous Lawsuits**

A. Have you begun other lawsuits in state or federal court dealing with (1) the same facts involved in this action, or (2) otherwise relating to your imprisonment?

Yes (✗)   No ( )

B. If your answer to A (1) or (2) is yes, describe each lawsuit in the space below and tell us whether the "old" case involves the same facts or other issues. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiff(s): Robert Heard

   Defendant(s): Jacqueline F. Bunn

2. Court (if federal court, name the district; if state court, name the county):
   Northern Dist. of Ga., Atlanta Division

3. Docket Number: 1:03-CV-3119-CAM

I. **Previous Lawsuits (Cont'd)**

    4. Name of judge to whom case was assigned: *Charles A. [illegible] Jr.*

    5. Did the previous case involve the same facts?
       *basis of [illegible]*
       Yes (✓)   No ( )

    6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
       *Yes, Dismissed*

    7. Approximate date of filing lawsuit: *Nov. 2003*

    8. Approximate date of disposition: *Nov. 13, 2003*

II. **Exhaustion of Administrative Remedies**
    A. Place of Present Confinement: *Vallset State Prison*

    B. Is there a prisoner grievance procedure in this institution?
       Yes (✓)   No ( )

    C. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
       Yes (✓)   No ( )

    D. If your answer is YES:
       1. What steps did you take and what were the results?
       *Multiple times on different issues [illegible]* [illegible handwriting]

       2. If your answer is NO, explain why not: *N/A*

III. **Parties**
(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff(s): *Robert [illegible]*

### III. Parties (Cont'd)

Address(es): Valdosta State Prison
P.O. Box 310
Valdosta, Ga. 31603

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): Brian Owens, Shevondah Fields, Sheandra Calhoun, Ricky M. Ricks, Sharon Lewis, Thurbert Baker, George W. Bush, Sr., Seray Jones.

Employed as D.O.C., D.O.C., D.O.C., D.O.C., D.O.C., Former State Attorney Gen. of Ga., Former U.S. President, Dallas, Tex. Billionaire.

at Atlanta, D.O.C., D.O.C., D.O.C., D.O.C., Atlanta, Ga., Texas, Dallas, Texas

### IV. Statement of Claim
State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I come to court to ask to use the imminent danger clause, and to assert that the defendants acted under color of law, exerting deliberate indifference inso much they conspired to take my life by various means, from giving me sicknesses, and diseases, to witchcraft. And those named and unnamed did advise, encourage, hire, procure, Judges, Inmates and all involved to commit the "prohibited acts" by law. By aiding and abetting their endeavors. O.C.G.A. 16-2-20 Carter v. State 168 Ga. App. 177, 308 S.E. 2d 458 (1983). Parnell v. State 213 Ga. App. 581, S.E. 2d 263 (2003). I can use circumstantial evidence to prove this. Burke v. State 234 Ga. 512, 216 S.E. 2d 812 (1975). I assert that all the defendants knew the essential objectives of the conspiracy to shut me up about J.H. Blackmon's murder, to stop me from winning Heard v. McKey, Heard v. Barnes, Heard v. Bush, Wetherington 4 times, Bush 2 times (In as much a secret service officer Griffith came to me at Johnson State Prison I did not conceive of it then about Mr. Bush, he said he had friends that work that do it). But I found out that by the same

IV. **Statement of Claim (Cont'd)**

Avenues that they sought to kill me that they used to kill my mother. They all knew this conspiracy existed and as I said the "essential" elements of it. And they participated in it voluntarily, and I don't have to prove an overt act Furthered U.S. v. Kelly. But that companionship, conduct, presence connects them to the crime of murder, attempted murder a number of times. That is enough to identify the defendants with the charge and crime. Kaupp v. State 228 Ga. App. 193(1) 491 S.E. 387 (1997).

When we look at the essential elements we see that these diseases caused me dire suffering of all sorts violating 1st, 5th, 6th, 8th, 14th amendment rights.

I also must ask this court not to prolong my case, my life hangs in doubt every minute, I don't know what disease and what sickness they have given me at this time. Also I ask this court take not a hands off approach to protecting my rights to live, be safe from harm, force and intimidation, physical abuse by inmates named from 5/9/13 - Nov. or Oct. 2013. Tuzzo v. Goode 423 U.S. 362, 380, 96 s.ct. 598, 608, 46 L.Ed 2d 561 (1976). I also ask to understand no amount of any process can justify subjecting an inmate to cruel and unusual punishment. Prison

V. **Relief**
State briefly exactly what you want the Court to do for you. **Make no legal arguments. Cite no cases or statutes.**

I ask for preliminary injunctive relief, my release from prison, everything that belongs to me, everything that belongs to me. Warrants for the arrest of violators of state and federal laws. I want the money made off my thoughts and systems because their method and way of getting it came from my mind billions. Jones built the new Cowboys' Stadium right after that happened. Therefore in addition to anything that may have occurred through any other business I may have I want a stadium and a football team as well, the Falcons or the Bengals. Since Bush was involved I want a basketball team, the Hawks of Atlanta. And the arena they play in. I want that proceeds off money made from me. And also I want punitive damages for 2,000,000 per defendant, compensatory damages at 1,000,000,000, and nominal damages at 10,000,000,000. And I want physical suffering at 100,000,000.00. I want emotional suffering remembering my mother, when my heart was set on my little boy after this time spent at D.O.C. and I can't even get out after

Key 4 (10, 13). All prisoners are entitled to meaningful access to courts. *Bounds v. Smith*, 430 U.S. 817, 97 S.Ct. 1491, 52 L.Ed.2d 72 (1982). And by the same ruling this court can order relief the constitution does not require on it's own force, to remedy a constitutional violation. And it is surely such when the defendants have committed murder and sought to cover it up, and at my attempt to bring the guard to justice, and their attempt to hinder that, they attempt to control me by emasculation through witchcraft. Having of a long season to attempt to kill me as they did my mother, for they used that same approach to make billions of dollars by probbing my mind on brain, using those same tactics. And I told my mother and filed against Mr. Bush. They set my mother up to die and she did, and tried to do it to me. And the only reason they failed is, I am anointed by God to preach the word of God and that anointing destroys every yoke. So after they tried to give me every disease from herpe to aids to hypertension and enhance the situation to cause my demise, they tried TB and every imaginable sickness and after they saw it did not work because of the anointing, began to use the same tactics of witchcraft to pocket money from D.O.C. budget by cutting back on medicine because they used me to heal people. Giving me their diseases right down to seizures, diabetes etc mental illness as well.

Now we have a situation at large where though it started in 1998, it has escalated to this date because each person had to enter into the conspiracy to keep it away from my family, and now I am at a lost for any avenue to have my son, that is because of their attempt to cause my death and emasculate me, and control me to stop my revealing it to the public. And now I must go to the president of the U.S. to reveal it. And to the public. For I will not allow this administration to target Jamall, Dre, Josh, Black, or that D-spot. For I will petition the throne room of glory and God shall give me all I need to protect what belongs to me. And I mean that.

Therefore let us come to grips with the essence of it all. The concert of the crimes of murder in conspiracy are in conjunction with the fact that it was organized efforts between state and federal officials and inmates by which we know we can easily prove by virtue of law and we can use a number of any sources to make a most devout and pliable

FACTS IV

Case all said. For in Zatler-v-Wainwright 802 F2d 399-401 (11 Cir. 1986). Any knowledge to a process. Falls to the remedial steps to prevent that harm, their conduct is tacit authorization and definitely deliberate indifference to the offensive act. And is independantly liable. And is a fact that has been most definitely known throughout 2002 through 2013. And absolutely no one said or did anything to prevent death but aided it by no health care, and increased diseases to consummate it. See suits included.

Even if the people named did not put a physical hand to the crime they acted with someone that did, and that someone was Brian Owens, James Donald, D.O.C. ect, and they were colored under State law. Richardson-v-Fleming 651 F2d 366, 368-69 n3 (5 Cir. 1981). Phillip-v-Mashburn 746 F2d 782, 785 (11 Cir. 1984). Fullman-v-Graddick 739 F2d 553, 558 (11 Cir. 1984). And we can not forget by law each person in a conspiracy is responsible for the others acts. Causey-v-State 154 Ga. App. 76, 267 SE. 2d 475 (1980).

And now therefore D.O.C. and the rest of the defendants have sought to keep me in prison past my date which was 6/29/13, and now what we have is False Imprisonment to hide the fact that they destroyed my ability to have my son and can not repair it. And sought to take my life because they knew I had found out they murdered my mother the same way. So they attempted to beat me from 5/9/13 - Oct. 2013, to stop me from saying anything about it. And when Dre and Black and Josh and that D-Spot would not let it occur anymore after they heard Foster say he had a or rather there was a hit on me. Therefore we come to this conclusion, organized efforts and racketeering efforts have been of a long season to cause death by no medical help, after giving diseases that belonged to other people. So they could kill me slow and keep the money.

I ask this court to look at Miller-v-Donald 541, F3d 1091 (11 Cir. 2008), which was used in Heard-v-Donald No: 06-12229 in which D.O.C. lied that Dr. Bennett never worked at D.O.C. Reidsville. Would govern my case as such. As well as Marvin-v-Goord 255 F3d 40 (CA 2 NY 2001) 42 U.S.C. 1997 (e)(A).

Rivera-v-Pataki 2003 U.S. Dist. Lexis 11266 (S.D. NY 2003). I have this court know that any PLRA is satistic exhaustion requirement. 42 U.S.C. 1997(e)(A). Also claims alleging retaliatory conduct directed at inmate or against are not brought with respect to prison conditions and not subject to exhaustion. 42 U.S.C. S. § 1997(e). And my averment is they retaliated against me and are yet doing it to stop me from going home so they can let me die, or cause my death.

We must also realize that though names are not mentioned in the caption as defendants, if it be found they were involved in the conspiracy, it or they can be tried and convicted. Grant-v-State 227 Ga. App. 243, 488 SE 2d 763 (1997). Carter-v-State 168 Ga App 177, 308 SE 2d 438 (1983).

A motive has been shown with intent to violate my constitutional, civil, human rights, by officials acting under color of law, which resulted in pure torture. see: Heard-v-Donald No: 06-12229, Heard-v-Allen 1:09-cv-119, w.s. 28 U.S.C.S. §1350. Majors-v-Ridley; Turner (2003, N.D. Ind.) 277 F.Supp 2d 916. Fed. R. Civ. P. 8., P. 9(b), P. 8(a)(2) entitles me to relief.

I therefore ask this court to look at Moore-v-Bachmeier (2004, D.C. N.D.) 315 F.Supp. 2d 1099. And Ayers-v-Norris (1999, E.D. Ark.) 43 F.Supp. 2d 1039. Higgin-v-Carpenter (2001, CA 8 Ark.) 258 F3d 797. Mehdipour-v-State ex rel Dept. of Corr. (2004) 2004 OK 14, 90 P3d 546. 28 U.S.C.S. §§ 1367. Sheriff-v-Twaddle (2005, CA 5 Tex) 145 Fed. Appx. 44.

My complaint must therefore be by law found meritorious and be heard for it lines up with the constitutions of Ga. & U.S. and Fed. & State law.

I conclude with, I am being held past my release date, D.O.C. has taken all my property, I have had no socks since May 2013, 1 shirts, no towel or anything else. They took my shower shoes + CDs. est. 7,800.00 over the course of time. To make me drop grievances + suits, which Shevondah Fields, S. Lewis, S. Calhoun, Ricky Myricks never allowed to show up. And I'm in prison illegally since 6/29/13. And all of D.O.C. is aware of it, Allen and Knowles came and got all my legal property and made me throw it away so there would be but little evidence, but I yet have more than enough.

V. **Relief (Cont'd)**

During my 4-time $100,000,000,000.00 actual damages because of the irreparable damages that bring about bad, hurting memories, which some say is emotional, it is not, it results of the emotions that is caused by my not being able to have a normal life like the ones who did it to me. $100,000,000.00 and I want hospital bills paid forever for research to cure every disease given me, by defendants and inmates. Please be reminded I will not be hindered from pursuing any of the contents of this suit. People keep getting bolt like me, you get cancers. 11/23/13

Signed this __23__ day of __November__ __2013__.

_____
Signature of Plaintiff

STATE OF __Georgia__
COUNTY (CITY) OF __Lowndes__

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON __11/27/13__
(Date)

_____
Signature of Plaintiff

(6) Fred Brown - D.O.C. Employee
(7) R.D. Collins - D.O.C. Employee
(8) Sandra Moore - D.O.C. Employee
(9) Ricky Mixley - D.O.C. Employee - Retired
(10) Earl Sikes - D.O.C. Employee - Retired
(11) Johnny Sikes - D.O.C. Employee -
(12) Benji Nobles - D.O.C. Employee -
(13) Counselor McCaskill - D.O.C. Employee
(14) Laura L. Lowes - Dept. of Law
(15) Ga. Parole Bd.
(16) Internal Affairs - D.O.C.
(17) Judicial Misconduct Commission (saving the Honorable Joel F. Dubina)
(18) Keith Butler - D.O.C. Employee
(19) Denia Simon Johnson - Attorney, 14th Street, Atlanta, Ga.
(20) Hugh Smith - D.O.C. Employee
(21) Dr. R. Paidi - D.O.C. Employee
(22) Dr. Bennett - D.O.C. Employee
(23) Ahmad Holt - D.O.C. Employee
(24) Charlotte Chambley - D.O.C. Employee
(25) Elaine Hughes - D.O.C. Employee
(26) Jose Morales - D.O.C. Employee
(27) Antoxnette Toby - D.O.C. Employee
(28) Timothy Jones - D.O.C. Employee
(29) Cathy Tanner - D.O.C. Employee
(30) Keith Morris - D.O.C. Employee
(31) Paula Duncan - D.O.C. Employee
(32) Lt. James Blair - D.O.C. Employee
(33) Rev. Dr. Upson or Upton - D.O.C. Employee
(34) Med. Dir. Newman - D.O.C. Employee
(35) William Danforth - D.O.C. Employee
(36) Cedric Taylor - D.O.C. Employee
(37) Marty Allen - D.O.C. Employee
(38) Calvin Orr - D.O.C. Employee

(39) Ted Philbin - D.O.C. Employee
(40) Unit Manager Terrell - D.O.C. Employee
(41) Shawn Emmons - D.O.C. Employee
(42) Ms. Gibson - D.O.C. Employee
(43) Capt. Carter - D.O.C. Employee
(44) Cert Officer Westlake - D.O.C. Employee
(45) Sgt. Lamin - D.O.C. Employee
(46) Cert Sgt. Snieder - Former D.O.C. Employee
(47) Med. Dir. Al Jones - D.O.C. Employee
(48) William Terry - D.O.C. Employee
(49) William Powell - D.O.C. Employee
(50) Robert Basley - D.O.C. Employee
(51) Sally Q. Yates - ~~U.S. Attorney~~ U.S. Attorney, Atlanta, Ga., D.O.J.
(52) James Phelps - D.O.C. Employee
(53) F.B.I. Director - Atlanta, Ga., D.O.J.
(54) Carlton L. Peeples - FBI - Atlanta, Ga.
(55) Kenneth L. Moore - FBI - Atlanta, Ga.
(56) Hilton Hall - D.O.C. Employee
(57) Cert Officer Riley - D.O.C. Employee
(58) WSB News (Action News) Atlanta, Ga.
(59) The Atlanta Constitution
(60) Owner of Washington Redskins
(61) Lt. McDougall
(62) Officer Staten, Sr.

Inmate Help Hired (Fee $500,000.00) The fee is now $4,000,000.00

(1) Elijah Keys
(2) Robert Smith
(3) Kelly Stephens
(4) Scott
(5) Butler
(6) Snapp
(7) Jimmy Harris
(8) Vincent Lupoe
(9) Dexter Hogan
(10) B.G.

EVIDENCE LIST

(1) Heard -v- Weatherington - 1:02-cv-684-CAM
(2) Heard -v- [illegible]
(3) Heard -v- Ashcroft - 03-073 (D.C. Dist.) 603-060 (S.D. Ga. 2003).
(4) Heard -v- Maj. Smith - cv402-277
(5) Heard -v- Parole Brd. - Fulton Sup. Court 2002
(6) Heard -v- Parole Brd. - 1:01-cv-1454-CAM
(7) Heard -v- Parole Brd. - 1:01-cv-2311-CAM
(8) Heard -v- Edenfield - 2010 U.S. Dist. Lexis 104807 (S.D. Ga. Sept. 30, 2010)
(9) Heard -v- Wetherington - cv602-107 (S.D. Ga. Feb. 13, 2003)
(10) Heard -v- Tanner - 2011 U.S. Dist. Lexis 103909 (M.D. Ga. Sept. 14, 2011).
(11) Heard -v- Treadwell - 11-10235 (M.D. Ga. 3/14/11).
(12) Heard -v- Donald - 1:10-cv-1726
(13) Heard -v- Donald - 1:10-cv-2630-CAP
(14) Heard -v- Donald - No. 06-12229 - (11th Cir. 2009).
(15) Heard -v- Allen - 1:09-cv-119-WLS
(16) Heard -v- Owens - 5:09-cv-357 MTT, App. No. 10-14027-B
(17) Heard -v- Owens - 1:11-cv-2357-CAP-ECS, No. 11-1505-B.
(18) Heard -v- Perdue - 2010 cv-402, App. No. S11A0832
(19) Heard -v- Morales - 2011-cv-62
(20) Judicial Misconduct Commission (serving the Honorable Joel F. Dubina)
(21) D.O.J. Complaints in Atlanta, Sally Q. Yates
(22) FBI Complaints FBI Atlanta
(23) Heard -v- Fields - 5:12-cv-29-CAR
(24) Heard -v- Danforth - 1:12-cv-5-HL
(25) Letters to Internal Affairs D.O.C.
(26) Heard -v- Gale Buckner - 1:11-cv-3177
(27) Heard -v- Edenfield - 1:11-cv-2828-CAP
(28) Heard -v- Pannell - N.D. Ga.
(29) Heard -v- Walt Davis - 1:10-cv-1065-CAP
(30) Heard -v- Fields - 7:13-cv-25-HL
(31) Heard -v- Sgt. Brown 1:13-cv-3290-CAP-ECS
(32) Heard -v- Yates - N.D. Ga.
(33) Heard -v- O'Kelly June 22, 2013
(34) Heard -v- O'Kelly - 2013



Robert Heard 373634-H-2
Valdosta State Prison
P.O. Box 310
Valdosta, Ga
                31603

Office of The Clerk
United District Court
For the Northern District of Texas
1100 Commerce St., Rm. 1452
Dallas, Texas 75242

RECEIVED-3
DEC 11 2013
MAILROOM