IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT HEARD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:13-CV-4830-D |
| | § | |
| BRIAN OWENS, ET AL., | § | |
| | § | |
| Defendants. | § | |

## <u>ORDER</u>

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct.  It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.  This case is dismissed as frivolous under 28 U.S.C. § 1915(e)(2), and plaintiff's motion for injunction is denied.

**SO ORDERED**.

January 28, 2014.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE